**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PUBLIC CITIZEN, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No.: 16-cv-1520 (JDB) |
| | ) |
| DEPARTMENT OF HEALTH | ) |
| AND HUMAN SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Public Citizen, Inc.

dismisses this action.

Respectfully submitted,

/s/ Adina H. Rosenbaum
Adina H. Rosenbaum (D.C. Bar No. 490928)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
202-588-1000
arosenbaum@citizen.org

Attorney for Plaintiff Public Citizen, Inc.

Dated: September 30, 2016